FILED

02/23/2022

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 21-0341

IN THE SUPREME COURT OF THE STATE OF MONTANA

DA 21-0341

_____

NUGGETT CARMALT,

      Petitioner and Appellant,

vs.

FLATHEAD COUNTY,

      Respondent and Appellee.

                                            O R D E R

_____

Pursuant to the Internal Operating Rules of this Court, this cause is classified for submission on briefs to a five-justice panel of this Court.

The Clerk is directed to provide a copy hereof to all counsel of record and to the Honorable Heidi Ulbricht, District Judge.

For the Court,

Electronically signed by:
Mike McGrath
Chief Justice, Montana Supreme Court
February 23 2022